UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY LYNN FELKINS,<br><br>            Petitioner,<br><br>       v.<br><br>WARDEN,<br><br>            Respondent. | No.  2:25-cv-3185-DMC-P<br><br><br><br>ORDER |

      Petitioner, a federal inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner is presently incarcerated at FCI Victorville Medium I in Victorville, CA.  She is serving a sentence for a conviction rendered by the Eastern District of California.

      The Ninth Circuit has "affirm[ed] the application of the immediate custodian and district of confinement rules to core habeas petitions filed pursuant to 28 U.S.C. § 2241, including those filed by immigrant detainees." Doe v. Garland, 109 F.4th 1188, 1199 (9th Cir. 2024). In the instant case, Petitioner's place of incarceration is in an area covered by the District Court for the Central District of California.

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2  United States District Court for the Central District of California.  Id.; 28 U.S.C. § 2241.
3  Dated: November 13, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE